*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

UNPUBLISHED
August 15, 2024

Plaintiff-Appellant,

v

No. 368411
Newaygo Circuit Court

AIDEN MICHAEL WYSOCKI,

LC No. 2023-013163-FC

Defendant-Appellee.

Before: SWARTZLE, P.J., and K. F. KELLY and YOUNG, JJ.

K. F. KELLY (*concurring*).

I concur with the majority's decision that this matter should be remanded.

/s/ Kirsten Frank Kelly

-1-